## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

ROBERT NELSON,                          )
                   Petitioner,          )
        vs.                             )        1:06-cv-1775-SEB-VSS
                                        )
CRAIG HANKS,                            )
                                        )
                   Respondent.          )

## E N T R Y

The habeas petition and supporting documents in this action are verbatim duplicates of the petition and supporting documents in No. 1:06-cv-1693-SEB-VSS. The action docketed as No. 1:06-cv-1693-SEB-VSS is proceeding, and there is no reason for the filing or maintenance of duplicate actions. Accordingly, this action is dismissed without prejudice as having been improvidently filed, and judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  12/20/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Dockets.Justia.com