UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT NELSON,              )
        Petitioner,     )
vs.                         )     1:06-cv-1775-SEB-VSS
                            )
CRAIG HANKS,                )
                            )
        Respondent.     )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/20/2006

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert Nelson
#973632
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362